# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

TAMMY LYNN HARKINS,                )
                                   )
               **Plaintiff,**     )
                                   )
        **v.**             )       **Case No. CIV-13-412-SPS**
                                   )
CAROLYN W. COLVIN,                 )
Acting Commissioner of the Social  )
Security Administration,           )
                                   )
           **Defendant.**      )

## JUDGMENT

      In accordance with the Opinion and Order [Docket No. 17] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

      **IT IS SO ORDERED** this 17th day of March, 2015.

_____

**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**